IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TURN SERVICES, LLC,** § | | **CIVIL ACTION NO. 25-2069** |
| § | | |
| Plaintiff, § | | |
| § | | **JUDGE** |
| VS. § | | |
| § | | |
| **M/V CROSBY TIDE, her engines, tackle,** § | | **MAGISTRATE JUDGE** |
| **apparel, bunkers, etc.,** *in rem*, **and Crosby** § | | |
| **Tugs LLC,** *in personam*, § | | |
| § | | **IN ADMIRALTY** |
| Defendant. | | **FED. R. CIV. P. 9(h)** |

## VERIFIED COMPLAINT

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA:**

NOW INTO COURT, through undersigned counsel, comes Plaintiff Turn Services, LLC ("Turn"), and for its Verified Complaint against defendant, M/V CROSBY TIDE, *in rem,* and defendant Crosby Tugs LLC, *in personam*, and stating an admiralty and maritime claim within the meaning of Rule 9(h) and Supplemental Admiralty Rule C of the Federal Rules of Civil Procedure, respectfully represents upon information and belief as follows:

1.

This is an admiralty and maritime claim within the meaning of Rule 9(h) and Supplemental Rule C of the Federal Rules of Civil Procedure. Jurisdiction is based on 28 U.S.C. §1333.

2.

Venue is proper in this District in accordance with Rule C as the M/V CROSBY TIDE is or will be within the physical jurisdiction of this Court during the pendency of this action and in

accordance with 28 U.S.C. § 1391 as Defendant, Crosby Tugs LLC, resides in the Eastern District of Louisiana.

3.

At all relevant times, Plaintiff Turn was and is a Louisiana limited liability company with its principal place of business in Convent, Louisiana, and provided bunker fuel, degreaser, and other necessaries to the M/V CROSBY TIDE, the M/V MISS KORI, M/V CARL JOSEPH, M/V JOEY JOHN, M/V VINTON J. CROSBY, M/V LAUREN MARIE, and their owner and operator, Crosby Tugs LLC.

4.

Upon information and belief, Defendant M/V CROSBY TIDE, *in rem* (at times the "Vessel"), was and is a 1999-built, 56.6-foot-long, 28-foot-wide, 10.5-foot-depth towing vessel owned and operated by Crosby Tugs LLC, with an official number of 1052854 and a United States Coast Guard No. 1078379, and at all relevant times engaged in maritime commerce in and between the ports of the United States.

5.

Defendant Crosby Tugs LLC, *in personam*, is a limited liability company organized under the laws of Louisiana with its principal place of business at 17771 Highway 3235 Galliano, LA 70354. Upon information and belief, Crosby Tugs LLC is the owner and operator of the M/V CROSBY TIDE, the M/V MISS KORI, M/V CARL JOSEPH, M/V JOEY JOHN, M/V VINTON J. CROSBY, and M/V LAUREN MARIE.

## CLAIMS FOR ARREST OF M/V CROSBY TIDE UNDER RULE C

6.

Over the course of about three months in June, July, and August of 2025, Turn contracted to provide bunker fuel and other services to the M/V CROSBY TIDE, *in rem*, via the spot market. Turn also supplied and delivered the bunker fuel and other services to the M/V CROSBY TIDE.

7.

The agreements to purchase bunkers and deliveries and other related services are evidenced by a series of invoices and signed receipts showing the M/V CROSBY TIDE's acceptance of the deliveries. True and correct copies of the invoices for the bunker fuel provided to the M/V CROSBY TIDE, which are unpaid, and corresponding receipts are attached hereto as **Exhibits 1-17**.

8.

Beginning on June 27, 2025, Turn provided, and the M/V CROSBY TIDE accepted, the delivery of necessaries to the Vessel, including goods, materials and services in the form of bunker fuel, degreaser, water, and fueling services as further detailed below:

a) Date of Service: 06/27/2025;
   Time of Service 09:35-10:45 hrs;
   Product delivered: 14,301 gal of Diesel;
   Rate charged: $2.84;
   Invoice No. 307438;
   Invoice Date: 06/30/2025;
   Amount invoiced: $40,614.84.  *See* **Exhibit 1**.

b) Date of Service: 06/29/2025;
   Time of Service 14:35-15:35 hrs;
   Product delivered: 14,200 gal of Diesel;
   Rate charged: $2.80;
   Invoice No. 307446;
   Invoice Date: 07/01/2025;
   Amount invoiced: $39,760.00.  *See* **Exhibit 2**.

   c) Date of Service: 07/02/2025;
Time of Service 15:15-16:20 hrs;
Product delivered: 12,600 gal of Diesel;
Rate charged: $2.88;
Invoice No. 307615;
Invoice Date: 07/03/2025;
Amount invoiced: $36,288.00.  *See* **Exhibit 3**.

   d) Date of Service: 07/05/2025;
Time of Service 15:15-16:20 hrs;
Product delivered: 14,300 gal of Diesel;
Rate charged: $2.93;
Invoice No. 307635;
Invoice Date: 07/07/2025;
Amount invoiced: $41,899.00.  *See* **Exhibit 4**.

   e) Date of Service: 07/09/2025;
Time of Service 07:40-9:20 hrs;
Product delivered: 15,599 gal of Diesel;
Rate charged: $3.01;
Invoice No. 307687;
Invoice Date: 07/10/2025;
Amount invoiced: $46,952.99.  *See* **Exhibit 5**.

   f) Date of Service: 07/09/2025;
Time of Service 14:55-15:45 hrs;
Product delivered: 11,900 gal of Diesel;
Rate charged: $3.01;
Invoice No. 307699;
Invoice Date: 07/10/2025;
Amount invoiced: $35,819.00.  *See* **Exhibit 6**.

   g) Date of Service: 07/12/2025;
Time of Service 13:50-14:50 hrs;
Product delivered: 13,700 gal of Diesel;
Rate charged: $3.02;
Invoice No. 307771;
Invoice Date: 07/14/2025;
Amount invoiced: $41,374.00.  *See* **Exhibit 7**.

   h) Date of Service: 07/15/2025;
Time of Service 14:10-15:10 hrs;
Product delivered: 12,202 gal of Diesel;
Rate charged: $2.95;

      Invoice No. 307783;
      Invoice Date: 07/21/2025;
      Amount invoiced: $35,995.90.  *See* **Exhibit 8**.

i)  Date of Service: 07/19/2025;
    Time of Service 10:25-11:15 hrs;
    Product delivered: 10,201 gal of Diesel and 2 pails degreaser;
    Rate charged: $3.03 (Diesel) and $48.80 (degreaser);
    Invoice No. 307804;
    Invoice Date: 07/28/2025;
    Amount invoiced: $31,006.63.  *See* **Exhibit 9**.

j)  Date of Service: 07/22/2025;
    Time of Service 14:50-15:35 hrs;
    Product delivered: 7,800 gal of Diesel;
    Rate charged: $3.11;
    Invoice No. 307819;
    Invoice Date: 07/28/2025;
    Amount invoiced: $24,258.00.  *See* **Exhibit 10**.

k)  Date of Service: 07/10/2025;
    Time of Service 16:08 hrs;
    Product delivered: 6 pails 1/5 Citgo AW 68;
    Rate charged: $81.25;
    Invoice No. 308234;
    Invoice Date: 08/06/2025;
    Amount invoiced: $487.50.  *See* **Exhibit 11**.

l)  Date of Service: 07/13/2025;
    Time of Service 18:39 hrs;
    Product delivered: 16,300 Water Charge;
    Rate charged: $0.02;
    Invoice No. 308108;
    Invoice Date: 08/06/2025;
    Amount invoiced: $326.00.  *See* **Exhibit 12**.

m)  Date of Service: 08/02/2025;
    Time of Service 14:50-15:50 hrs;
    Product delivered: 12,600 gal of Diesel;
    Rate charged: $2.95;
    Invoice No. 308376;
    Invoice Date: 08/08/2025;
    Amount invoiced: $37,170.00.  *See* **Exhibit 13**.

n) Date of Service: 08/08/2025;
Time of Service 15:55-17:00 hrs;
Product delivered: 12,900 gal of Diesel;
Rate charged: $2.80;
Invoice No. 308413;
Invoice Date: 08/13/2025;
Amount invoiced: $36,120.00.  *See* **Exhibit 14**.

o) Date of Service: 08/11/2025;
Time of Service 14:40-15:10 hrs;
Product delivered: Oily Trash Removal, Slop Oil Disposal, Garbage Removal;
Rate charged: $225.00 (Trash); $2.00 (Slop Oil); $15.00 (Garbage);
Invoice No. 308411;
Invoice Date: 08/13/2025;
Amount invoiced: $1,143.00.  *See* **Exhibit 15**.

p) Date of Service: 08/03/2025;
Time of Service 18:46 hrs;
Product delivered: 9,900 Water Charge;
Rate charged: $0.02;
Invoice No. 308408;
Invoice Date: 08/13/2025;
Amount invoiced: $198.00.  *See* **Exhibit 16**.

q) Date of Service: 08/06/2025;
Time of Service 17:24 hrs;
Product delivered: 6,600 Water Charge;
Rate charged: $0.02;
Invoice No. 308412;
Invoice Date: 08/13/2025;
Amount invoiced: $132.00.  *See* **Exhibit 17**.

9.

All of the foregoing products, goods and services were essential to and necessary for the operation of the M/V CROSBY TIDE and the accomplishment of its mission.

10.

In total, the M/V CROSBY TIDE, *in rem*, incurred charges for necessary goods and services provided directly to the M/V CROSBY TIDE in the principal amount of **$449,544.86**.

11.

Despite amicable demand, the principal amount referred to above remains unpaid, and the M/V CROSBY TIDE, *in rem*, is indebted to Turn for the full principal amount set forth herein, all invoiced amounts being past due.

12.

Pursuant to the terms of the Invoices, Turn is entitled to monthly interest in the amount of 1.5% (18% annually) starting on the 16th day following the invoice's due date until the account is paid in full. Turn is further entitled to all costs of collection, including reasonable attorney's fees.

13.

In filing this Verified Complaint, Turn proceeds against the M/V CROSBY TIDE, *in rem*, under the substantive laws of the General Maritime Law of the United States of America as well as the Commercial Instrument and Maritime Liens Act, 46 U.S.C. §§31303 et seq. and under the procedural laws of the Federal Rules of Civil Procedure, including the Supplemental Rules for Admiralty and Maritime Claims, as well as the Local Rules of the United States District Court for the Eastern District of Louisiana.

14.

Under United States federal maritime law, Turn has a maritime lien on the M/V CROSBY TIDE for the entire amount owed to Turn for goods and services provided to the Vessel in the total amount of **$449,544.86**, or such greater amount as will be proven at trial, plus interest as specified in the terms of the Invoices, attorney's fees, and prejudgment interest, inasmuch as the foregoing goods and services constituted "necessaries" giving rise to a maritime lien on the M/V CROSBY TIDE under United States law.

15.

Upon information and belief, the M/V CROSBY TIDE is presently, or will during the pendency of this action be, on the navigable waters of the United States within the jurisdiction of this Honorable Court and is subject to arrest pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, to enforce Turn's maritime lien on the Vessel.

## CLAIMS AGAINST CROSBY TUGS LLC FOR BREACH OF CONTRACT

16.

Plaintiff repeats and re-alleges by reference the allegations contained in paragraphs 1-15 as if specifically set forth herein.

17.

Defendant, Crosby Tugs LLC, *in personam*, is also liable for breach of contract for failing to pay invoices for goods and services provided to the M/V CROSBY TIDE, M/V MISS KORI, M/V CARL JOSEPH, M/V JOEY JOHN, M/V VINTON J. CROSBY, and M/V LAUREN MARIE.

18.

In addition to the services and invoices for the M/V CROSBY TIDE described above, Plaintiff provided fuel and other necessary services to the M/V MISS KORI, M/V CARL JOSEPH, M/V JOEY JOHN, M/V VINTON J. CROSBY, and M/V LAUREN MARIE, which, upon information and belief, are owned and operated by Crosby Tugs LLC.

19.

Beginning on July 2, 2025, Turn provided, and the M/V MISS KORI accepted, the delivery of necessaries to the vessel, including goods, materials and services as further detailed below,

which are evidenced by a series of invoices and signed receipts showing the vessel's acceptance of the deliveries. True and correct copies of the invoices for the M/V MISS KORI are attached here to as **Exhibits 18-24**.

a) Date of Service: 07/02/2025;
Time of Service 07:30-07:50 hrs;
Product delivered: 2,576.00 gallons of diesel;
Rate charged: $2.88
Invoice No. 307617;
Invoice Date: 07/03/2025;
Amount invoiced: $7,418.88.  *See* **Exhibit 18**.

b) Date of Service: 07/07/2025;
Time of Service 17:54 hrs;
Product delivered: Slop Oil Disposal;
Rate charged: $2.00, qty. 198.00;
Invoice No. 307679;
Invoice Date: 07/10/2025;
Amount invoiced: $396.00.  *See* **Exhibit 19**.

c) Date of Service: 07/08/2025;
Time of Service 12:10-12:55 hrs;
Product delivered: Slop Oil Disposal;
Rate charged: $2.00, qty. 149.00;
Invoice No. 307690;
Invoice Date: 07/10/2025;
Amount invoiced: $298.00.  *See* **Exhibit 20**.

d) Date of Service: 07/09/2025;
Time of Service 9:21 hrs;
Product delivered: Slop Oil Disposal;
Rate charged: $15.00, qty. 6.0;
Invoice No. 307700;
Invoice Date: 07/10/2025;
Amount invoiced: $90.00.  *See* **Exhibit 21**.

e) Date of Service: 07/15/2025;
Time of Service 18:20-18:40 hrs;
Product delivered: 2,512 gallons of diesel;
Rate charged: $2.95
Invoice No. 307785;
Invoice Date: 07/21/2025;
Amount invoiced: $7,410.40.  *See* **Exhibit 22**.

    f) Date of Service: 07/28/2025;
Time of Service 09:15-09:30 hrs;
Product delivered: 2,037 gallons of diesel;
Rate charged: $2.97
Invoice No. 308161;
Invoice Date: 08/06/2025;
Amount invoiced: $6,049.89.  *See* **Exhibit 23**.

    g) Date of Service: 08/06/2025;
Time of Service 11:16 hrs;
Product delivered: 2,600 water charge;
Rate charged: $0,02
Invoice No. 308409;
Invoice Date: 08/13/2025;
Amount invoiced: $52.00.  *See* **Exhibit 24**.

20.

In total, the M/V MISS KORI and Crosby Tugs incurred charges for necessary goods and services provided directly to the M/V MISS KORI in the principal amount of **$21,715.17**.

21.

On July 10, 2025, Turn provided, and the M/V VINTON J CROSBY accepted, the delivery of necessaries to the vessel, including goods, materials and services as further detailed below, which are evidenced by a series of invoices and signed receipts showing the vessel's acceptance of the deliveries. True and correct copies of the invoices for the M/V VINTON J CROSBY are attached here to as **Exhibit 25**.

    a) Date of Service: 07/10/2025;
Time of Service 09:25 hrs;
Product delivered: Slop Oil Disposal (3,371 qty), 1/5 Citgo AW 68 (qty. 3.0);
Rate charged: $3.00 (slop oil), $82.25 (1/5 Citgo AW 68);
Invoice No. 308317;
Invoice Date: 08/07/2025;
Amount invoiced: $10,359.75.  *See* **Exhibit 25**.

22.

In total, the M/V VINTON J CROSBY and Crosby Tugs incurred charges for necessary goods and services provided directly to the M/V VINTON J CROSBY in the principal amount of **$10,359.75**.

23.

On July 23, 2025, Turn provided, and the M/V LAUREN MARIE accepted, the delivery of necessaries to the vessel, including goods, materials and services as further detailed below, which are evidenced by a series of invoices and signed receipts showing the vessel's acceptance of the deliveries. True and correct copies of the invoices for the M/V LAUREN MARIE are attached here to as **Exhibit 26**.

    a) Date of Service: 07/23/2025;
       Time of Service 01:09 hrs;
       Product delivered: 1600 water charge, garbage removal (6.00 qty.);
       Rate charged: $0.02 (water), $15.00 (garbage);
       Invoice No. 308109;
       Invoice Date: 08/06/2025;
       Amount invoiced: $140.00. *See* **Exhibit 26**.

24.

In total, the M/V LAUREN MARIE and Crosby Tugs incurred charges for necessary goods and services provided directly to the M/V LAUREN MARIE in the principal amount of **$140.00**.

25.

Beginning on July 24, 2025, Turn provided, and the M/V CARL JOSEPH accepted, the delivery of necessaries to the vessel, including goods, materials and services as further detailed below, which are evidenced by a series of invoices and signed receipts showing the vessel's acceptance of the deliveries. True and correct copies of the invoices for the M/V CARL JOSEPH are attached here to as **Exhibits 27-28**.

    a) Date of Service: 07/24/2025;
Time of Service 14:40-16:00 hrs;
Product delivered: slop oil disposal (298 qty.), 1,993 gallons diesel;
Rate charged: $2.00 (slop oil), $3.00 (diesel);
Invoice No. 307809;
Invoice Date: 07/28/2025;
Amount invoiced: $6,575.00.  *See* **Exhibit 27**.

    b) Date of Service: 08/06/2025;
Time of Service 07:10-07:35 hrs;
Product delivered: 2,065 gallons diesel;
Rate charged: $2.80;
Invoice No. 308403;
Invoice Date: 08/08/2025;
Amount invoiced: $5,782.00.  *See* **Exhibit 28**.

26.

In total, the M/V CARL JOSEPH and Crosby Tugs incurred charges for necessary goods and services provided directly to the M/V CARL JOSEPH in the principal amount of **$12,357.00**.

27.

Beginning on July 07, 2025, Turn provided, and the M/V JOEY JOHN accepted, the delivery of necessaries to the vessel, including goods, materials and services as further detailed below, which are evidenced by a series of invoices and signed receipts showing the vessel's acceptance of the deliveries. True and correct copies of the invoices for the M/V JOEY JOHN are attached here to as **Exhibits 29-32**.

    a) Date of Service: 07/07/2025;
Time of Service 10:49 hrs;
Product delivered: garbage removal (7.0 qty.), 2600 water charge;
Rate charged: $15.00 (garbage), $0.02 (water);
Invoice No. 307681;
Invoice Date: 07/10/2025;
Amount invoiced: $157.00.  *See* **Exhibit 29**.

    b) Date of Service: 07/08/2025;
Time of Service 08:49 hrs;
Product delivered: garbage removal (1.0 qty.);

       Rate charged: $15.00;
       Invoice No. 307695;
       Invoice Date: 07/10/2025;
       Amount invoiced: $15.00. *See* **Exhibit 30**.

c) Date of Service: 08/02/2025;
    Time of Service 20:10-22:03 hrs;
    Product delivered: oily trash removal (2.0 qty.), SAE 40 (qty. 75.40), 3,000 diesel;
    Rate charged: $225.00 (oily trash), $19.87 (oil); $2.95 (fuel)
    Invoice No. 308389;
    Invoice Date: 08/08/2025;
    Amount invoiced: $10,798.20. *See* **Exhibit 31**.

d) Date of Service: 08/08/2025;
    Time of Service 15:31 hrs;
    Product delivered: 2200 water charge;
    Rate charged: $0.02;
    Invoice No. 308410;
    Invoice Date: 08/13/2025;
    Amount invoiced: $50.00. *See* **Exhibit 32**.

28.

In total, the M/V JOEY JOHN and Crosby Tugs incurred charges for necessary goods and services provided directly to the M/V JOEY JOHN in the principal amount of **$11,020.00**.

29.

Together, Crosby Tugs LLC incurred charges for its vessels for necessary goods and services provided directly to the vessels as described above in the principal amount of **$505,136.78.**

30.

Despite amicable demand, the principal amounts referred to above remain unpaid, and Crosby Tugs LLC, *in personam*, is indebted to Turn for the full principal amount set forth herein, all invoiced amounts being past due.

31.

As a result of Defendant's breach, and pursuant to the terms of the invoices, Turn is entitled to monthly interest in the amount of 1.5% (18% annually) starting on the 16th day following the invoice's due date until the account is paid in full. Turn is further entitled to all costs of collection, including reasonable attorney's fees.

32.

Plaintiff therefore makes this claim for breach of a maritime contract and for a final judgment awarding Plaintiff damages in an amount to be proven in these proceedings.

33.

All and singular, the foregoing are true and correct and within the admiralty and maritime jurisdiction of this Honorable Court.

34.

Plaintiff, Turn, reserves the right to supplement and amend this Verified Complaint as necessary and appropriate through the discovery of additional information relevant hereto.

WHEREFORE, plaintiff, Turn Services, LLC, prays:

a) That process issue from this Honorable Court in proper form instructing the United States Marshal for the Eastern District of Louisiana to issue and effect a warrant for arrest of the M/V CROSBY TIDE, *in rem*, pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure;

b) That the United States Marshal for the Eastern District of Louisiana arrest the said Vessel and maintain custody over the Vessel until such time as claimant thereto posts security sufficient in form and amount to secure plaintiff's claims herein;

c) That those claiming an interest in the said Vessel be required to file a claim to the

said Vessel and answer, all and singular, the allegations of this Verified Complaint;

      d)      That after further proceedings be had, judgment be entered herein in favor of the plaintiff and against the M/V CROSBY TIDE, *in rem*, in the amount of **$449,544.86**, plus interest according to the invoices, prejudgment accrued interest, costs, fees (including attorney's fees) *custodia legis* expenses, and all such other sums to which plaintiff is entitled;

      e)      That after further proceedings be had, judgment be entered herein in favor of the plaintiff and against Crosby Tugs LLC, *in personam*, for breach of contract in the amount of **$505,136.78**, plus interest according to the invoices, prejudgment accrued interest, costs, fees (including attorney's fees) *custodia legis* expenses, and all such other sums to which plaintiff is entitled;

      f)      That after further proceedings, the M/V CROSBY TIDE be condemned and sold to satisfy the claims asserted herein by plaintiff, or, alternatively, that plaintiff have satisfaction of its claim out of the security, if any, posted to secure the Vessel's release; and

      g)      For all such other and further relief that justice and the nature of this case will allow.

Respectfully submitted,

*s/Alexander J. Baynham*
Charles Wilmore (Bar #28812)
Alexander J. Baynham (Bar #36369)
**LISKOW & LEWIS**
Hancock Whitney Center, Suite 5000
701 Poydras Street
New Orleans, Louisiana 70139
Telephone: 504-581-7979
Facsimile: 504-556-4108
Email: cwilmore@liskow.com
        ajbaynham@liskow.com

***Attorneys for Plaintiff, Turn Services, LLC***

**PLEASE ISSUE A WARRANT OF ARREST
AGAINST THE M/V CROSBY TIDE, AND
SERVE THE SAID WARRANT ON THE MASTER
OF THE M/V CROSBY TIDE, PRESENTLY
EN ROUTE TO OR LOCATED AT
APPROXIMATELY 29°32'42''N 90°42'00''W
AT THE CROSBY MARINE REPAIR FACILITY
AT 634 THOMPSON ROAD IN HOUMA, LOUISIANA.**



**AND**

**PLEASE SERVE CROSBY TUGS LLC
17751 LA-3235
GALLIANO, LA 70354**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TURN SERVICES, LLC, | § | CIVIL ACTION NO. |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | JUDGE |
| VS. | § | |
| | § | |
| M/V CROSBY TIDE, her engines, tackle, | § | MAGISTRATE JUDGE |
| apparel, bunkers, etc., *in rem*, and Crosby | § | |
| Tugs LLC, *in personam*, | § | |
| | § | IN ADMIRALTY |
| Defendant. | | FED. R. CIV. P. 9(h) |

## VERIFICATION

**STATE OF LOUISIANA**
**PARISH OF ST. JAMES**

I, FORD WOGAN, a person of the full age of majority, and competent to testify, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746, that the following statements are true and correct:

My name is FORD WOGAN. I am over the age of 18;

I am the General Counsel of Plaintiff TURN SERVICES, LLC, and authorized to make this Verification; and

I have read the foregoing Verified Complaint, know the contents thereof by virtue of my position at TURN SERVICES, LLC, and declare that the same are true and correct.

Executed, this 2nd day of October, 2025.

_____
FORD WOGAN