**EXHIBIT 3**



Turn Services

Turn Services, LLC. - Port Arthur Fleet
9100 Safety Drive St.
Convent, LA 70723

Invoice # 307615
07/03/2025
CUSTOMER#: C-00918
Terms: Net 30 Fuel Sales: Net 10

**Crosby Tugs LLC.**
**P.O. Box 279**
**Golden Meadow, LA 70357**

| Equip. | Asset | Service | Fr/At-To | Start-End | Qty | Rate | Fuel | Water | Amount |
|---|---|---|---|---|---|---|---|---|---|
| CROSBY TIDES | *Unassisted* | Fueling | ▶ MFS Boat Dock | 07/02/2025 15:15 07/02/2025 16:20 | 12,600.00 | 2.88 | --- | --- | $36,288.00 |

Product: DIESEL
Quantity: 12600 Units: GALLONS BOL Number: 140191

| | |
|---|---|
| Total | $36,288.00 |
| Fuel Total | *$0.00* |
| Water Total | *$0.00* |
| Tax Total | *$0.00* |
| **Total Amount Due** | **$36,288.00** |

Diesel Sales: Dyed Diesel Fuel, Non-Taxable use only, Penalty for Taxable use.

Payments:
Wire Payment Instructions: ▇▇▇▇▇▇▇▇
Acct#: ▇▇▇▇▇▇▇
ABA#: ▇▇▇▇▇▇
Credit Acct: ▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Conditions:
If the account is not paid 15 days from the due date of invoice, purchaser agrees to pay interest on the balance due at the rate of 1 1/2% per month (18% annually) until the account is paid in full. Purchaser agrees that if this account is referred to an attorney or collection agency for collection, purchaser will pay all cost of collection, including reasonable attorney fees, which are hereby stipulated to be the greater of 25% of the amount due or $500.

**Turn Services**
9000 OLD YACHT CLUB ROAD
PORT ARTHUR, TEXAS 77642
(409) 962-8424

CUSTOMER'S ORDER NO _____    DATE 7-2-2025

DELIVER TO: Crosby,

VESSEL: Crosby Tide

AUTOMATICALLY PRINTED    FULLY SEALED IN    SD Turn Dock PA

Sr 1515
Fin 1620

MASTER METER DUPLICATOR

| YOUR SALE NO. | GALLON READING – FINISH |
|---|---|
| AA 1 7 3 | 7 6 7 4 3 0 3 |
| AA 1 7 2 | 7 6 6 1 7 0 3 |
| PREVIOUS SALE NO. | GALLON READING – START |

Gallons Delivered ▶ TxLED    12,600

| QUAN. | DESCRIPTION |
|---|---|
| Water | Sr 42 409  Fin 42 447 = 3800 |

REC'D BY _____

No. 140191

DOMINION FORMS, INC. – ORANGE, TX 77630

**INSERT FACE DOWN    THIS END FIRST**