**EXHIBIT 14**



# Turn Services

Turn Services, LLC. - Port Arthur Fleet
9100 Safety Drive St.
Convent, LA 70723

Invoice # 308413
08/13/2025
CUSTOMER#: C-00918
Terms: Net 30 Fuel Sales: Net 10

**Crosby Tugs LLC.**
**P.O. Box 279**
**Golden Meadow, LA 70357**

| Equip. | Asset | Service | Fr/At-To | Start-End | Qty | Rate | Fuel | Water | Amount |
|---|---|---|---|---|---|---|---|---|---|
| CROSBY TIDES | *Unassisted* | Fueling | MFS Boat Dock | 08/08/2025 15:55 08/08/2025 17:00 | 12,900.00 | 2.80 | --- | --- | $36,120.00 |

*Product: DIESEL*
*Units: GALLONS BOL Number: 140380*

Total .................................................................. $36,120.00
Fuel Total ........................................................... *$0.00*
Water Total ......................................................... *$0.00*
Tax Total ............................................................ *$0.00*

**Total Amount Due**                                    **$36,120.00**

Diesel Sales: Dyed Diesel Fuel, Non-Taxable use only, Penalty for Taxable use.

Payments:
Wire Payment Instructions: ▮▮▮▮▮▮▮▮▮
Acct#: ▮▮▮▮▮▮▮
ABA#: ▮▮▮▮▮
Credit Acct: ▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮

Conditions:
If the account is not paid 15 days from the due date of invoice, purchaser agrees to pay interest on the balance due at the rate of 1 1/2% per month (18% annually) until the account is paid in full. Purchaser agrees that if this account is referred to an attorney or collection agency for collection, purchaser will pay all cost of collection, including reasonable attorney fees, which are hereby stipulated to be the greater of 25% of the amount due or $500.

**Turn Services**
9000 OLD YACHT CLUB ROAD
PORT ARTHUR, TEXAS 77642
(409) 962-8424

CUSTOMER'S ORDER NO _____  DATE 8-8-25  20 _____

DELIVER TO: Crosby

VESSEL: Crosby Tide

AUTOMATICALLY PRINTED — FULLY SEALED IN — MASTER METER DUPLICATOR

JJ
TX Finch

1555
1700

| YOUR SALE NO. | GALLON READING – FINISH |
|---|---|
| AA 344 | 8 9 6 0 9 0 2 |
| AA 343 | 8 9 4 8 0 0 2 |
| PREVIOUS SALE NO. | GALLON READING – START |

Gallons Delivered ▶ TXLed 12,900

QUAN. | DESCRIPTION

REC'D BY: [signature]

No. 140380

DOMINION FORMS, INC. – ORANGE, TX 77630

INSERT FACE DOWN    THIS END FIRST ▼