**EXHIBIT 15**



Turn Services, LLC. - Port Arthur Fleet
9100 Safety Drive St.
Convent, LA 70723

Invoice # 308411
08/13/2025
CUSTOMER#: C-00918
Terms: Net 30 Fuel Sales: Net 10

Crosby Tugs LLC.
P.O. Box 279
Golden Meadow, LA 70357

| Equip. | Asset | Service | Fr/At-To | Start-End | Qty | Rate | Fuel | Water | Amount |
|---|---|---|---|---|---|---|---|---|---|
| CROSBY TIDES | Mfs Unassisted | Oily Trash Removal | MFS Boat Dock | 08/04/2025 14:40 08/04/2025 15:10 | 2.00 | 225.00 | --- | --- | $450.00 |
| CROSBY TIDES | Unassisted | Slop Oil Disposal | MFS Boat Dock | 08/04/2025 14:40 08/04/2025 15:10 | 99.00 | 2.00 | --- | --- | $198.00 |
| CROSBY TIDES | Unassisted | Oily Trash Removal | MFS Boat Dock | 08/04/2025 14:40 08/04/2025 15:10 | 2.00 | 225.00 | --- | --- | $450.00 |
| 30 FILTERS = 2 DRUMS | | | | | | | | | |
| CROSBY TIDES | Unassisted | Garbage Removal | MFS Boat Dock | 08/04/2025 14:40 08/04/2025 15:10 | 3.00 | 15.00 | --- | --- | $45.00 |

Total ............................................................ $1,143.00
Fuel Total ..................................................... $0.00
Water Total .................................................. $0.00
Tax Total ..................................................... $0.00

**Total Amount Due**     **$1,143.00**

Diesel Sales: Dyed Diesel Fuel, Non-Taxable use only, Penalty for Taxable use.

Payments:
Wire Payment Instructions: ▉
Acct#: ▉
ABA#: ▉
Credit Acct: ▉

Conditions:
If the account is not paid 15 days from the due date of invoice, purchaser agrees to pay interest on the balance due at the rate of 1 1/2% per month (18% annually) until the account is paid in full. Purchaser agrees that if this account is referred to an attorney or collection agency for collection, purchaser will pay all cost of collection, including reasonable attorney fees, which are hereby stipulated to be the greater of 25% of the amount due or $500.

**Turn Services**

☐ LOAD ☐ REGULATION ☐ JUMP
☐ EMPTY ☐ OVERSIZE ☐ END PIECE
☐ BOX

P.O. # _____  ORDERED FROM _Crosby_

JOB _Crosby Tide_   DATE _8-1-25_

| TIME | WORK DESCRIPTION |
|---|---|
| 1440 | |
| 1510 | |

slop 8" - 9" = 99
30 used Filters - 3 H/H trash - 2 oily Bags

_[signature]_

X _Manuel Valhio_

**Turn Services**

☐ LOAD  ☐ REGULATION  ☐ DUMP
☐ EMPTY  ☐ OVERSIZE  ☐ END PIECE
☐ BOX

P.O. # _____  ORDERED FROM  _Crosby_

JOB _Crosby Tide_  DATE _8-1-25_

| TIME | WORK DESCRIPTION |
|---|---|
| 1440 | |
| 1510 | |
| | slop 8" - 9" = 99 |
| | 30 used filters - 3 H/H trash - 2 oily Bags |
| | [signature] |
| | X  Manuel Valkis [signature, highlighted] |

**Turn Services**

☐ LOAD ☐ REGULATION ☐ DUMP
☐ EMPTY ☐ OVERSIZE ☐ END PIECE
☐ BOX

P.O. # _____ ORDERED FROM _Crosby_

JOB _Crosby Tide_ DATE _8-11-25_

| TIME | WORK DESCRIPTION |
|---|---|
| 1440 | |
| 1510 | |
| | slop 8" - 9" = 99 |
| | 30 used Filters - 3 H/H trash - 2 oily Bags |
| | _(signature)_ |
| | X _Manuel Salhi_ |

**Turn Services**

☐ LOAD ☐ REGULATION ☐ DUMP
☐ EMPTY ☐ OVERSIZE ☐ END PIECE
☐ BOX

P.O. # _____ ORDERED FROM _Crosby_

JOB _Crosby Tide_    DATE _8-1-25_

| TIME | WORK DESCRIPTION |
|---|---|
| 1440 | |
| 1510 | |
| | slop 8" - 9" = 99 |
| | 30 used Filters - 3 HH trash - 2 oily Bags |
| | [signature] |
| | X Manuel [signature] |