

**EXHIBIT 16**

**Turn Services**

Turn Services, LLC. - Port Arthur Fleet
9100 Safety Drive St.
Convent, LA 70723

Invoice # 308408
08/13/2025
CUSTOMER#: C-00918
Terms: Net 30 Fuel Sales: Net 10

**Crosby Tugs LLC.**
**P.O. Box 279**
**Golden Meadow, LA 70357**

| Equip. | Asset | Service | Fr/At-To | Start-End | Qty | Rate | Fuel | Water | Amount |
|---|---|---|---|---|---|---|---|---|---|
| CROSBY TIDES | Mfs Unassisted | 9900 Water Charge | MFS Boat Dock | 08/03/2025 18:46 | 9,900.00 | 0.02 | --- | --- | $198.00 |

Total $198.00
Fuel Total $0.00
Water Total $0.00
Tax Total $0.00

**Total Amount Due** **$198.00**

Diesel Sales: Dyed Diesel Fuel, Non-Taxable use only, Penalty for Taxable use.

Payments:
Wire Payment Instructions: ▮▮▮▮▮▮▮▮▮
Acct#: ▮▮▮▮▮▮▮
ABA#: ▮▮▮▮▮▮
Credit Acct: ▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Conditions:
If the account is not paid 15 days from the due date of invoice, purchaser agrees to pay interest on the balance due at the rate of 1 1/2% per month (18% annually) until the account is paid in full. Purchaser agrees that if this account is referred to an attorney or collection agency for collection, purchaser will pay all cost of collection, including reasonable attorney fees, which are hereby stipulated to be the greater of 25% of the amount due or $500.

**Turn Services**

☐ LOAD  ☐ REGULATION  ☐ JUMBO
☐ EMPTY  ☐ OVERSIZE  ☐ END PIECE
☐ BOX

P.O. # _____

ORDERED FROM: Crosby

JOB: Crosby Tide

DATE: 8/3/25

| TIME | WORK DESCRIPTION |
|------|------------------|
|      | Water            |
|      | St. 10367        |
|      | Fn. 10466        |
|      | Total: 9900 gals |