

Turn Services

Turn Services, LLC. - Port Arthur Fleet
9100 Safety Drive St.
Convent, LA 70723

Invoice # 307700
07/10/2025
CUSTOMER#: C-00918
Terms: Net 30 Fuel Sales: Net 10

**Crosby Tugs LLC.**
**P.O. Box 279**
**Golden Meadow, LA 70357**

| Equip. | Asset | Service | Fr/At-To | Start-End | Qty | Rate | Fuel | Water | Amount |
|---|---|---|---|---|---|---|---|---|---|
| MISS KORI | Mfs Unassisted | Garbage Removal | ➤ MFS Boat Dock | 07/09/2025 09:21 | 6.00 | 15.00 | --- | --- | $90.00 |

Total ·········································· $90.00
Fuel Total ·········································· *$0.00*
Water Total ·········································· *$0.00*
Tax Total ·········································· *$0.00*

**Total Amount Due**                    **$90.00**

Diesel Sales: Dyed Diesel Fuel, Non-Taxable use only, Penalty for Taxable use.

Payments:
Wire Payment Instructions: First Horizon Bank
Acct#: ▮▮▮▮▮▮▮▮
ABA#: ▮▮▮▮▮▮
Credit Acct: ▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Conditions:
If the account is not paid 15 days from the due date of invoice, purchaser agrees to pay interest on the balance due at the rate of 1 1/2% per month (18% annually) until the account is paid in full. Purchaser agrees that if this account is referred to an attorney or collection agency for collection, purchaser will pay all cost of collection, including reasonable attorney fees, which are hereby stipulated to be the greater of 25% of the amount due or $500.

**Turn Services**

☐ LOAD     ☑ REGULATION     ☐ JUMBO
☐ EMPTY     ☐ OVERSIZE     ☐ END PIECE
☐ BOX

_Crosby_
P.O. #          ORDERED FROM

Miss Kori          **JOB**     7/9/25
                              DATE

TIME          WORK DESCRIPTION

Trash
6HH