**EXHIBIT 22**



Turn Services, LLC. - Port Arthur Fleet
9100 Safety Drive St.
Convent, LA 70723

Invoice # 307785
07/21/2025
CUSTOMER#: C-00918
Terms: Net 30 Fuel Sales: Net 10

**Crosby Tugs LLC.**
**P.O. Box 279**
**Golden Meadow, LA 70357**

| Equip. | Asset | Service | Fr/At-To | Start-End | Qty | Rate | Fuel | Water | Amount |
|---|---|---|---|---|---|---|---|---|---|
| MISS KORI | *Unassisted* | Fueling | ▶ MFS Boat Dock | 07/15/2025 18:20<br>07/15/2025 18:40 | 2,512.00 | 2.95 | --- | --- | $7,410.40 |

Total · $7,410.40
Fuel Total · $0.00
Water Total · $0.00
Tax Total · $0.00

**Total Amount Due** — **$7,410.40**

Diesel Sales: Dyed Diesel Fuel, Non-Taxable use only, Penalty for Taxable use.

Payments:
Wire Payment Instructions: First Horizon Bank
Acct#: [REDACTED]
ABA#: [REDACTED]
Credit Acct: [REDACTED]
[REDACTED]

Conditions:
If the account is not paid 15 days from the due date of invoice, purchaser agrees to pay interest on the balance due at the rate of 1 1/2% per month (18% annually) until the account is paid in full. Purchaser agrees that if this account is referred to an attorney or collection agency for collection, purchaser will pay all cost of collection, including reasonable attorney fees, which are hereby stipulated to be the greater of 25% of the amount due or $500.

**Turn Services**
9000 OLD YACHT CLUB ROAD
PORT ARTHUR, TEXAS 77642
(409) 962-8424

CUSTOMER'S ORDER NO _____    DATE 7-15 20 25

DELIVER TO Crosby

VESSEL Miss Kori

AUTOMATICALLY PRINTED
St.: 1820
Fn: 1840

FULLY SEALED IN

BF
Turn Dock

MASTER METER DUPLICATOR

| YOUR SALE NO. | GALLON READING – FINISH | |
|---|---|---|
| AA 2 3 2 | 8 1 1 1 8 8 | 4 |
| AA 2 3 1 | 8 1 0 9 3 7 | 2 |
| PREVIOUS SALE NO. | GALLON READING – START | |

Gallons Delivered ▶ TXLED 2,512

| QUAN. | DESCRIPTION |
|---|---|
| 2,900 | Gal Water st @ 9471 Fn 9500 |

REC'D BY _Chris Autrie_

No. 140258

DOMINION FORMS, INC. – ORANGE, TX 77630

**INSERT FACE DOWN    THIS END FIRST** ▼