**EXHIBIT 23**



Turn Services, LLC. - Port Arthur Fleet
9100 Safety Drive St.
Convent, LA 70723

Invoice # 308161
08/06/2025
CUSTOMER#: C-00918
Terms: Net 30 Fuel Sales: Net 10

Crosby Tugs LLC.
P.O. Box 279
Golden Meadow, LA 70357

| Equip. | Asset | Service | Fr/At-To | Start-End | Qty | Rate | Fuel | Water | Amount |
|---|---|---|---|---|---|---|---|---|---|
| MISS KORI | *Unassisted* | Fueling | ▶ MFS Boat Dock | 07/28/2025 09:15<br>07/28/2025 09:30 | 2,037.00 | 2.97 | --- | --- | $6,049.89 |

*Product: DIESEL*
*Quantity: 2037 Units: GALLONS BOL Number: 140314*

Total ................................................................. $6,049.89
Fuel Total ............................................................ *$0.00*
Water Total .......................................................... *$0.00*
Tax Total ............................................................. $0.00

**Total Amount Due**                                              **$6,049.89**

Diesel Sales: Dyed Diesel Fuel, Non-Taxable use only, Penalty for Taxable use.

Payments:
Wire Payment Instructions: First Horizon Bank
Acct#: ███████████
ABA#: ████████
Credit Acct: ██████████████
████████████████████████

Conditions:
If the account is not paid 15 days from the due date of invoice, purchaser agrees to pay interest on the balance due at the rate of 1 1/2% per month (18% annually) until the account is paid in full. Purchaser agrees that if this account is referred to an attorney or collection agency for collection, purchaser will pay all cost of collection, including reasonable attorney fees, which are hereby stipulated to be the greater of 25% of the amount due or $500.

**Turn Services**
9000 OLD YACHT CLUB ROAD
PORT ARTHUR, TEXAS 77642
(409) 962-8424

CUSTOMER'S ORDER NO _____    DATE 7-29  20 25

DELIVER TO Crosby

VESSEL Miss Kori

AUTOMATICALLY PRINTED    FULLY SEALED IN    BF TurnDock

St: 0915
Fn: 0935

MASTER METER DUPLICATOR

| YOUR SALE NO. | GALLON READING – FINISH |
|---|---|
| AA 287 | 8 5 1 5 8 2 5 |
| AA 286 | 8 5 1 3 7 8 8 |
| PREVIOUS SALE NO. | GALLON READING – START |

Gallons Delivered ▶ TXLFD 2,037

| QUAN. | DESCRIPTION |
|---|---|
| 1,800 Gal | water St 10081  Fn 10099 |

REC'D. BY /s/

No. 140314

DOMINION FORMS, INC. – ORANGE, TX 77630

**INSERT FACE DOWN ▼ THIS END FIRST**