

Turn Services, LLC. - Port Arthur Fleet
9100 Safety Drive St.
Convent, LA 70723

Invoice # 308317
08/07/2025
CUSTOMER#: C-00918
Terms: Net 30 Fuel Sales: Net 10

Crosby Tugs LLC.
P.O. Box 279
Golden Meadow, LA 70357

| Equip. | Asset | Service | Fr/At-To | Start-End | Qty | Rate | Fuel | Water | Amount |
|---|---|---|---|---|---|---|---|---|---|
| VINTON J CROSBY | Mfs Unassisted | Slop Oil Disposal | Valero Port Arthur | 07/10/2025 09:25 | 3,371.00 | 3.00 | --- | --- | $10,113.00 |
| VINTON J CROSBY | Unassisted | 1/5 Citgo AW 68 | MFS Boat Dock | 07/10/2025 09:26 | 3.00 | 82.25 | --- | --- | $246.75 |

Total $10,359.75
Fuel Total $0.00
Water Total $0.00
Tax Total $0.00

**Total Amount Due** **$10,359.75**

Diesel Sales: Dyed Diesel Fuel, Non-Taxable use only, Penalty for Taxable use.

Payments:
Wire Payment Instructions: First Horizon Bank
Acct#: ███
ABA#: ███
Credit Acct: ███

Conditions:
If the account is not paid 15 days from the due date of invoice, purchaser agrees to pay interest on the balance due at the rate of 1 1/2% per month (18% annually) until the account is paid in full. Purchaser agrees that if this account is referred to an attorney or collection agency for collection, purchaser will pay all cost of collection, including reasonable attorney fees, which are hereby stipulated to be the greater of 25% of the amount due or $500.

**Turn Services**

☐ EMPTY  ☐ OVERSIZE  ☐ END PIECE
☐ BOX

P.O. #

ORDERED FROM: Crosby

JOB: Capt Vinton J Crosby

DATE: 7-9-25

| TIME | WORK DESCRIPTION |
|---|---|
| 2120-0335 | |

"slop"
start - 0'3"   (298 gal.)
stop - 3'1"   (3669 gal.)
gallons - 3,371 gal. slop

3 pails - AW 68 Hydraulic fluid

TKMY PIC  [signature]
1 PIC   Joe Cashun

**Turn Services**

☐ EMPTY  ☐ OVERSIZE  ☐ END PIECE
☐ BOX

P.O. # _____    ORDERED FROM: Crosby

Capt Vinton J Crosby    JOB    DATE: 7-9-25

| TIME | WORK DESCRIPTION |
|---|---|
| 2120-0335 | |

"slop"
start- 0'3"   (298 gal.)
stop- 3'1"   (3669 gal.)
gallons- 3,371 gal. slop

3 pails - AW 68 Hydraulic fluid

TKMY PLC  [signature]
1 PLC   Joe Casturn