**EXHIBIT 26**



Turn Services, LLC. - Port Arthur Fleet
9100 Safety Drive St.
Convent, LA 70723

Invoice # 308109
08/06/2025
CUSTOMER#: C-00918
Terms: Net 30 Fuel Sales: Net 10

Crosby Tugs LLC.
P.O. Box 279
Golden Meadow, LA 70357

| Equip. | Asset | Service | Fr/At-To | Start-End | Qty | Rate | Fuel | Water | Amount |
|---|---|---|---|---|---|---|---|---|---|
| LAUREN MARIE | Mfs Unassisted | 1600 Water Charge | ▶ MFS Boat Dock | 07/23/2025 01:09 | 1,600.00 | 0.02 | --- | --- | $50.00 |
| LAUREN MARIE | Mfs Unassisted | Garbage Removal | ▶ MFS Boat Dock | 07/23/2025 01:09 | 6.00 | 15.00 | --- | --- | $90.00 |

Total $140.00
Fuel Total $0.00
Water Total $0.00
Tax Total $0.00

**Total Amount Due**     **$140.00**

Diesel Sales: Dyed Diesel Fuel, Non-Taxable use only, Penalty for Taxable use.

Payments:
Wire Payment Instructions: First Horizon Bank
Acct#: [redacted]
ABA#: [redacted]
Credit Acct: [redacted]

Conditions:
If the account is not paid 15 days from the due date of invoice, purchaser agrees to pay interest on the balance due at the rate of 1 1/2% per month (18% annually) until the account is paid in full. Purchaser agrees that if this account is referred to an attorney or collection agency for collection, purchaser will pay all cost of collection, including reasonable attorney fees, which are hereby stipulated to be the greater of 25% of the amount due or $500.

**Turn Services**

☐ LOAD  ☐ REGULATION  ☐ JUMBO
☐ EMPTY  ☐ OVERSIZE  ☐ END PIECE
☐ BOX

P.O. # _____  ORDERED FROM: Crosby

JOB: Lauren Marie    DATE: 7/23/25

| TIME | WORK DESCRIPTION |
|------|------------------|
|      | Water |
|      | St. 045945 |
|      | Fn. 045961 |
|      | Total: 1600 gals |
|      | Trash |
|      | 6 H.H. |
|      | [signature] |

**Turn Services**

- [ ] LOAD
- [ ] REGULATION
- [ ] JUMBO
- [ ] EMPTY
- [ ] OVERSIZE
- [ ] END PIECE
- [ ] BOX

P.O. # _____

ORDERED FROM: Crosby

JOB: Lauren Marie

DATE: 7/23/25

| TIME | WORK DESCRIPTION |
|------|------------------|
|  | Water |
|  | St. 045945 |
|  | Fn. 045961 |
|  | Total: 1600 gals |
|  | Trash |
|  | 6 H.H. |
|  | Dalton Adams |