**EXHIBIT 27**



Turn Services, LLC. - Port Arthur Fleet
9100 Safety Drive St.
Convent, LA 70723

Invoice # 307809
07/28/2025
CUSTOMER#: C-00918
Terms: Net 30 Fuel Sales: Net 10

Crosby Tugs LLC.
P.O. Box 279
Golden Meadow, LA 70357

| Equip. | Asset | Service | Fr/At-To | Start-End | Qty | Rate | Fuel | Water | Amount |
|---|---|---|---|---|---|---|---|---|---|
| MV CARL JOSEPH | Unassisted | Slop Oil Disposal | ▶ MFS Boat Dock | 07/24/2025 14:40<br>07/24/2025 16:00 | 298.00 | 2.00 | --- | --- | $596.00 |
| Product: SLOP<br>Quantity: 298 Units: GALLONS BOL Number: 140295 | | | | | | | | | |
| MV CARL JOSEPH | Unassisted | Fueling | ▶ MFS Boat Dock | 07/24/2025 14:40<br>07/24/2025 16:00 | 1,993.00 | 3.00 | --- | --- | $5,979.00 |
| Product: DIESEL<br>Quantity: 1993 Units: GALLONS BOL Number: 140295 | | | | | | | | | |

Total — $6,575.00
Fuel Total — $0.00
Water Total — $0.00
Tax Total — $0.00

**Total Amount Due** — **$6,575.00**

Diesel Sales: Dyed Diesel Fuel, Non-Taxable use only, Penalty for Taxable use.

Payments:
Wire Payment Instructions: First Horizon Bank
Acct#: ▇▇▇▇▇▇▇▇
ABA#: ▇▇▇▇▇▇▇▇
Credit Acct: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Conditions:
If the account is not paid 15 days from the due date of invoice, purchaser agrees to pay interest on the balance due at the rate of 1 1/2% per month (18% annually) until the account is paid in full. Purchaser agrees that if this account is referred to an attorney or collection agency for collection, purchaser will pay all cost of collection, including reasonable attorney fees, which are hereby stipulated to be the greater of 25% of the amount due or $500.

3⁰⁰

**Turn Services**
9000 OLD YACHT CLUB ROAD
PORT ARTHUR, TEXAS 77642
(409) 962-8424

CUSTOMER'S ORDER NO _____
DATE 7-24-20 25

DELIVER TO: Crosby

VESSEL: Carl Joseph

AUTOMATICALLY PRINTED
1440
1600

FULLY SEALED IN
MASTER METER DUPLICATOR

Jeran
Turn Dock P.A.

| YOUR SALE NO. | GALLON READING – FINISH |
|---|---|
| AA 267 | 8 4 0 9 7 6 7 |
| AA 266 | 8 4 0 7 7 7 4 |
| PREVIOUS SALE NO. | GALLON READING – START |

Gallons Delivered ▶ TXLED   1993

| QUAN. | DESCRIPTION |
|---|---|
| 10 | HH trash |
| 298 | gal. slop – 0'9" / 1'0" |
| 2100 | gal. water – 44949 / 44970 |

REC'D. BY _____

No. **140295**

DOMINION FORMS, INC. – ORANGE, TX 77630

INSERT FACE DOWN ⬇ THIS END FIRST

300

**Turn Services**
9000 OLD YACHT CLUB ROAD
PORT ARTHUR, TEXAS 77642
(409) 962-8424

CUSTOMER'S ORDER NO: _____
DATE: 7-24-2025
DELIVER TO: Crosby
VESSEL: Carl Joseph

AUTOMATICALLY PRINTED
1440
1600

FULLY SEALED IN
MASTER METER DUPLICATOR

Jeran
Turn Dock P.A.

| YOUR SALE NO. | GALLON READING – FINISH |
|---|---|
| AA 267 | 8 4 0 9 7 6 7 |
| AA 266 | 8 4 0 7 7 7 4 |
| PREVIOUS SALE NO. | GALLON READING – START |

Gallons Delivered ▶ TXLED    1993

| QUAN. | DESCRIPTION |
|---|---|
| 10 | HH trash |
| 298 | gal. slop – 0'9" / 1'0" |
| 2100 | gal. water – 44949 / 44970 |

REC'D BY: [signature]

No. 140295

DOMINION FORMS, INC. – ORANGE, TX 77630

INSERT FACE DOWN ⬇ THIS END FIRST