Case 2:...  Document 1-31    Filed 10/02/25    Page 1 of 2

**EXHIBIT 28**



# Turn Services

Turn Services, LLC. - Port Arthur Fleet
9100 Safety Drive St.
Convent, LA 70723

Invoice # 308403
08/08/2025
CUSTOMER#: C-00918
Terms: Net 30 Fuel Sales: Net 10

**Crosby Tugs LLC.**
**P.O. Box 279**
**Golden Meadow, LA 70357**

| Equip. | Asset | Service | Fr/At-To | Start-End | Qty | Rate | Fuel | Water | Amount |
|---|---|---|---|---|---|---|---|---|---|
| MV CARL JOSEPH | *Unassisted* | Fueling | ▶ MFS Boat Dock | 08/06/2025 07:10 08/06/2025 07:35 | 2,065.00 | 2.80 | --- | --- | $5,782.00 |

*Product: DIESEL*
*Quantity: 2065 Units: GALLONS BOL Number: 140372*

Total .................................................................... $5,782.00
Fuel Total ............................................................. *$0.00*
Water Total .......................................................... *$0.00*
Tax Total .............................................................. *$0.00*

**Total Amount Due**                                **$5,782.00**

Diesel Sales: Dyed Diesel Fuel, Non-Taxable use only, Penalty for Taxable use.

Payments:
Wire Payment Instructions: First Horizon Bank
Acct#: ▓▓▓▓▓▓▓▓
ABA#: ▓▓▓▓▓▓
Credit Acct: ▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Conditions:
If the account is not paid 15 days from the due date of invoice, purchaser agrees to pay interest on the balance due at the rate of 1 1/2% per month (18% annually) until the account is paid in full. Purchaser agrees that if this account is referred to an attorney or collection agency for collection, purchaser will pay all cost of collection, including reasonable attorney fees, which are hereby stipulated to be the greater of 25% of the amount due or $500.

**Turn Services**
9000 OLD YACHT CLUB ROAD
PORT ARTHUR, TEXAS 77642
(409) 962-8424

CUSTOMER'S ORDER NO _____    DATE 8-6-25    20 _____

DELIVER TO Crosby

VESSEL Carl Joseph

AUTOMATICALLY PRINTED
0710
0735

MASTER METER DUPLICATOR

| YOUR SALE NO. | GALLON READING – FINISH |
|---|---|
| AA 337 | 882481 3 |
| AA 336 | 882274 0 |
| PREVIOUS SALE NO. | GALLON READING – START |

Gallons Delivered ▶ TXLed 2065

QUAN. | DESCRIPTION

REC'D. BY _____

No. 140372

DOMINION FORMS, INC. – ORANGE, TX 77630

INSERT FACE DOWN ▼ THIS END FIRST