**EXHIBIT 31**



Turn Services, LLC. - Port Arthur Fleet
9100 Safety Drive St.
Convent, LA 70723

Invoice # 308389
08/08/2025
CUSTOMER#: C-00918
Terms: Net 30 Fuel Sales: Net 10

Crosby Tugs LLC.
P.O. Box 279
Golden Meadow, LA 70357

| Equip. | Asset | Service | Fr/At-To | Start-End | Qty | Rate | Fuel | Water | Amount |
|---|---|---|---|---|---|---|---|---|---|
| MV JOEY JOHN | Unassisted | BULK URSA SUPER PLUS SAE40 | MFS Boat Dock | 08/02/2025 20:10 | 75.40 | 19.87 | --- | --- | $1,498.20 |
| MV JOEY JOHN | Unassisted | Fueling | MFS Boat Dock | 08/02/2025 20:10 08/02/2025 21:00 | 3,000.00 | 2.95 | --- | --- | $8,850.00 |
| Product: DIESEL Quantity: 3000 Units: GALLONS BOL Number: 140348 | | | | | | | | | |
| MV JOEY JOHN | Mfs Unassisted | Oily Trash Removal | MFS Boat Dock | 08/02/2025 22:03 | 1.00 | 225.00 | --- | --- | $225.00 |
| MV JOEY JOHN | Mfs Unassisted | Oily Trash Removal | MFS Boat Dock | 08/02/2025 22:03 | 1.00 | 225.00 | --- | --- | $225.00 |
| 12 USED OILY FILTERS | | | | | | | | | |

Total: $10,798.20
Fuel Total: $0.00
Water Total: $0.00
Tax Total: $0.00

**Total Amount Due** **$10,798.20**

Diesel Sales: Dyed Diesel Fuel, Non-Taxable use only, Penalty for Taxable use.

Payments:
Wire Payment Instructions: First Horizon Bank
Acct#: [redacted]
ABA#: [redacted]
Credit Acct: [redacted]

Conditions:
If the account is not paid 15 days from the due date of invoice, purchaser agrees to pay interest on the balance due at the rate of 1 1/2% per month (18% annually) until the account is paid in full. Purchaser agrees that if this account is referred to an attorney or collection agency for collection, purchaser will pay all cost of collection, including reasonable attorney fees, which are hereby stipulated to be the greater of 25% of the amount due or $500.

**Turn Services**
9000 OLD YACHT CLUB ROAD
PORT ARTHUR, TEXAS 77642
(409) 962-8424

CUSTOMER'S ORDER NO _____   DATE 8-2-2025

DELIVER TO: Crosby

VESSEL: Joey John

AUTOMATICALLY PRINTED

Jeran
Turn Duck P.A.

2010
2100

**Master Meter Duplicator**

| YOUR SALE NO. | GALLON READING – FINISH | |
|---|---|---|
| AA 9 7 7 | 0 0 0 7 5 | 4 |
| AA 9 7 6 | 0 0 0 0 0 | 0 |
| PREVIOUS SALE NO. | GALLON READING – START | |

Gallons Delivered ▶  75.4

| QUAN. | DESCRIPTION |
|---|---|
| bulk | Chevron Ursa Super + 40 |

REC'D BY: Joey Chu___

No. 140349

DOMINION FORMS, INC. – ORANGE, TX 77630

INSERT FACE DOWN    THIS END FIRST

2.95

**Turn Services**
9000 OLD YACHT CLUB ROAD
PORT ARTHUR, TEXAS 77642
(409) 962-8424

CUSTOMER'S ORDER NO: _____    DATE: 8-2-20 25

DELIVER TO: Crosby

VESSEL: Joey John

AUTOMATICALLY PRINTED
2010
2100

FULLY SEALED IN
MASTER METER DUPLICATOR

Jeran
Turn Dock P.A.

YOUR SALE NO.: AA 3V 6 / AA 3 1 5
GALLON READING – FINISH: 8 6 6 6 7 1 8
GALLON READING – START: 8 6 6 3 7 1 8

PREVIOUS SALE NO.

Gallons Delivered ▶ TXLED 3,000

| QUAN. | DESCRIPTION |
|---|---|
| 12 | filters |
| 1 | oily |
| 8 | HH |
| 2200 | gal. water 46181 / 46203 |

REC'D. BY: [signature] Jody Chanel

No. 140348

DOMINION FORMS, INC. – ORANGE, TX 77630
INSERT FACE DOWN    THIS END FIRST

2.95

**Turn Services**
9000 OLD YACHT CLUB ROAD
PORT ARTHUR, TEXAS 77642
(409) 962-8424

CUSTOMER'S ORDER NO: _____
DATE: 8-2-25

DELIVER TO: Crosby

VESSEL: Joey John

AUTOMATICALLY PRINTED
2010
2100

FULLY SEALED IN
MASTER METER DUPLICATOR

Jeran
Turn Dock P.A.

| YOUR SALE NO. | GALLON READING – FINISH |
|---|---|
| AA 3V 6 | 8 6 6 6 7 1 8 |
| AA 3 1 5 | 8 6 6 3 7 1 8 |
| PREVIOUS SALE NO. | GALLON READING – START |

Gallons Delivered ▶ TXLED  3,000

| QUAN. | DESCRIPTION |
|---|---|
| 12 | filters |
| 1 | oily |
| 8 | HH |
| 2200 | gal. water #6181 / 46203 |

REC'D BY: (signature)

No. 140348

DOMINION FORMS, INC. – ORANGE, TX 77630
INSERT FACE DOWN        THIS END FIRST

2.95

**Turn Services**
9000 OLD YACHT CLUB ROAD
PORT ARTHUR, TEXAS 77642
(409) 962-8424

CUSTOMER'S ORDER NO: _____
DATE: 8-2-2025
DELIVER TO: Crosby
VESSEL: Joey John

AUTOMATICALLY PRINTED — FULLY SEALED IN — MASTER METER DUPLICATOR

2010
2400

Jeran
Turn Dock P.A.

YOUR SALE NO.: AA 3V 6 / AA 3 1 5
GALLON READING – FINISH: 8 6 6 6 7 1 8
GALLON READING – START: 8 6 6 3 7 1 8
PREVIOUS SALE NO.

Gallons Delivered ▶ TXLED  3,000

| QUAN. | DESCRIPTION |
|---|---|
| 12 | filters |
| 1 | oily |
| 8 | MH |
| 2200 | gal. water 46181 / 46203 |

REC'D. BY: (signature)

No. 140348

DOMINION FORMS, INC. – ORANGE, TX 77630

INSERT FACE DOWN — THIS END FIRST